IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAREE HALL,

    Petitioner,

v.                                      Case No. 4:16cv431-MW/CAS

WARDEN JONES,

    Respondent.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of this Court or to prosecute this case." The Clerk shall close the file.

SO ORDERED on September 23, 2016.

                                                    s/Mark E. Walker
                                                    **United States District Judge**